**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Khemda Khalili,<br><br>Debtor. | Case No. 26-10814-AMC<br>Chapter 7 |

**Certificate of Service**

I, Michael A. Cibik, certify that on March 25, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amendment to Petition

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: March 25, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Lynn E. Feldman, Interim
Trustee**

2310 Walbert Ave
Ste 103
Allentown, PA 18104

**Method of Service - First Class Mail:**

**Amex**
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Comenity Bank/Express**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Capital/IKEA**
Attn: Bankruptcy
PO Box 18125
Columbus, OH 43218

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Keith Malley**
1232 Falls Creek Ln
Charlotte, NC 28209-4734

**Macy's/ DSNB**
Atytn: Bankruptcy 701 E. 60th Street North
Sioux Falls, SD 57104

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Synchrony Bank/Care Credit**
Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/Hh Gregg**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5060

**Synchrony/Carecredit**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

**Temple Health**
Attn: Bankruptcy
3401 N Broad St
Philadelphia, PA 19140

**U.S. Small Business Admin.**
Re: Bankruptcy
409 3rd St SW
Washington, DC 20416-0011

**University of Pennsylvania Health System**
Attn: Patient Billing
3400 Spruce Street
Philadelphia, PA 19104

**Us Bk Cacs**
Attn: Bankruptcy
PO Box 5229
Cincinatti, OH 45201-5229

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617