Certificate Number: 16339-PAE-DE-040866587

Bankruptcy Case Number: 26-10814



16339-PAE-DE-040866587

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2026</u>, at <u>6:33</u> o'clock <u>PM EDT</u>, <u>Khemda Khalili</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>April 16, 2026</u>          By:    <u>/s/Kris Krumal</u>

Name:   <u>Kris Krumal</u>

Title:   <u>Certified Financial Counselor</u>