*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 7


Khalili Khemda                                          : Case No. 26–10814–amc
        Debtor(s)


### *ORDER*
_____


AND NOW, this day , June 17, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court


19
Form 195